FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 20 2023

BY_____

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
EASTERN District of TEXAS
_____ Division

| | |
|---|---|
| CHRISTOPHER R. ENDERBY<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>DETECTIVE ANTHONY GOYANG<br>LAURA NOBLE DISTRICT ATTORNEY<br>JANE DOE PROSECUTOR<br>ANDREW STALLINGS *Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 623CU356 JCB-JDL<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☒ Yes   ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: CHRISTOPHER RILEY ENDERBY
Address: 17512 COUNTY ROAD 4174 WEST
LINDALE, TX 75771
City / State / Zip Code
County: SMITH
Telephone Number: 903-497-6123
E-Mail Address: CRE.8.ETERNITY@GMAIL.COM

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: DETECTIVE ANTHONY GOYANG
Job or Title (if known): DETECTIVE MIDLAND COUNTY
Address: 601 N. LORAINE ST.
MIDLAND, TX. 79701
City / State / Zip Code
County: MIDLAND COUNTY
Telephone Number: 432-685-7108
E-Mail Address (if known):

☐ Individual capacity     ☒ Official capacity

Defendant No. 2
Name: LAURA NODOLF
Job or Title (if known): DISTRICT ATTORNEY MIDLAND TX.
Address: 500 N. LORAINE ST.
MIDLAND, TX 79701
City / State / Zip Code
County: MIDLAND, TX.
Telephone Number: 432-688-4411
E-Mail Address (if known): SANDERSON@MCOUNTY.COM

☒ Individual capacity     ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
  Name: 385TH ADREW STALLINGS
  Job or Title (if known): ASSISTANT DISTRICT ATTORNEY
  Address: 500 N. LORAINE ST, SUITE 801
  City: MIDLAND  State: TX  Zip Code: 79701
  County: MIDLAND
  Telephone Number: 432-688-4385
  E-Mail Address (if known):

  ☒ Individual capacity   ☒ Official capacity

Defendant No. 4
  Name: JANE DOE
  Job or Title (if known): PROSECUTOR 385TH JUDICIAL DISTRICT
  Address: 500 N. LORAINE ST, SUITE 801
  City: MIDLAND  State: TX  Zip Code: 79701
  County: MIDLAND
  Telephone Number: 432-688-4385
  E-Mail Address (if known):

  ☒ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

MY 4TH AMENDMENT WAS VIOLATED - I HAVE THE RIGHT TO BE FREE FROM ARREST WITHOUT PROBABLE CAUSE. & BE FREE FROM MALICIOUS PROSECUTION

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**Defendant Anthony Goyang-** maliciously filed a false police report with intent to have plaintiff arrested which led to false imprisonment, slander, defamation of character. The arrest violates Midland County policy and procedure in regards to how cases are handled.

**Defendant Laura Nodolf** – Knowingly and maliciously allowed a case to become criminal charge that was clearly civil. Nodolf had knowledge that the case was bogus and negligently allowed a the case to linger in the court system for more than what should have been reasonable. Nodolf also on 8-25-2017 during a court hearing via zoom Nodolf threatened plaintiff that if plaintiff did not sign guilty for the charge of theft that she would indict plaintiff for a additional failure to appear charge that resulted in further false imprisonment. Laura Nodolf is being sued in her official and individual capacity for malicious prosecution.

**Defendant Andrew Stallings-** Knowingly and maliciously allowed a fraudulent case to pass through the system to see if plaintiff would break in incarceration. The case clearly violates Midland County policy and procedure in how it handles criminal cases and Andrew Stallings ignored policy to play the odds. Andrew Stallings if being sued in official capacity and individual capacity for malicious prosecution.

**Defendant Jane Doe , Midland County Prosecutor -** is being sued in her official and individual capacity for malicious prosecution and for violating Midland County policy in a criminal case to play the odds in the system and threatened plaintiff with additional bogus charges if plaintiff would not sign guilty for a charge of theft.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

ANTHONY GOYANG FILED A MALICIOUS POLICE REPORT EVEN THOUGH HE KNEW NO CRIME HAD TAKEN PLACE
ANDREW STALLINGS MALICIOUS PROSECUTION
LAURA NODOLF - MALICIOUS PROSECUTION
JANE DOE - MALICIOUS PROSECUTION SEE ATRASHEET

B. What date and approximate time did the events giving rise to your claim(s) occur?

8/01/2017 - POLICE REPORT FILED
11/03/2017 - ARRESTED      8/3/2025 RELEASED

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

PLEASE SEE POLICE REPORT
THE POLICE REPORT PROVES MY INNOCENCE

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

456 DAYS UNLAWFUL IMPRISONMENT IN MIDLAND COUNTY DETENTION CENTER
SLANDER TO MY NAME
DEFEMATION OF CHARACTER
MENTAL DISTRESS
PAIN & SUFFERING

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I WANT TO BE RECEIVE $500,000 FROM LAURA NODOLF FOR PUNITIVE DAMAGES
I WANT TO RECEIVE $500,000 FROM ANDREW STALLINGS FOR PUNITIVE DAMAGES
I WANT TO RECEIVE $500,000 FROM ANTHNY GOYANG FOR PUNITIVE DAMAGES
I WANT TO RECEIVE $500,000 FROM JANE DOE FOR PUNITIVE DAMAGES
I WANT MY RECORD OF CR51400 ERASED & EXPUNGED

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/16/2023

Signature of Plaintiff: CHRIS ENDERBY

Printed Name of Plaintiff: CHRISTOPHER ENDERBY

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City / State / Zip Code:

Telephone Number: 903-497-6123

E-mail Address: CREB.ETERNITY@GMAIL.COM