UNITED STATES DISTRICT COURT
WESTERN DIVISION

CAUSE NO.
7-23-CV-00116-DC



Plaintiff : Christopher Riley Enderby

Defendants: Anthony Goyang, Laura Nodolf, Andrew Stallings, Jane Doe.

## MOTION TO AMEND COMPLAINT

NOW COMES CHRISTOPHER RILEY ENDERBY, PLAINTIFF AND SUBMITS THIS MOTION TO AMEND ORIGINAL COMPLAINT IN THE ABOVE STYLED CAUSE AND FOR GOOD CAUSE SHOWS THE FOLLOWING.

1.

On July 26th, 2023 Christopher Riley Enderby filed a original Civil Rights Violation Complaint against above stated defendants with this court.

2.

Plaintiff Christopher Riley Enderby respectfully ask that this court disregard the original complaint and accept the new complaint in it's place.

WHEREFORE ALL THINGS CONSIDERED , CHRISTOPHER RILEY ENDERBY PRAYS THAT THIS COURT TO EVALUATE TO COMPLAINT TERMS AND RECTIFY AS NEEDED.

RESPECTFULLY SUBMITTED
CHRISTOPHER RILEY ENDERBY
17512 C.R. 4174 WEST
LINDALE , TEXAS 75771

CHRISTOPHER RILEY ENDERBY
17512 C.R. 4174 WEST
LINDALE, TX. 75771

RECEIVED
OCT 13 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DIVISION
200 EAST WALL STREET
ROOM 222
MIDLAND, TX 75771

